IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PA

| | | |
|---|---|---|
| IN RE:  KARL W. KROUSE | : | NO. 16-10694 TPA |
| BETTY C. KROUSE | : | Chap. 13 |
| Debtor | : | |
| M&T Bank | : | Declaration of Attorney for Debtor |
| | : | Date for proposed change: 1/1/17 |
| | : | |
| Movant | : | |
| | : | Doc. No. |
| vs. | : | |
| KARL W. KROUSE BETTY C. KROUSE | : | Related to Claim 3 |
| RONDA J. WINNECOUR ESQ, TRUSTEE: | | |
| Respondents | : | |

DECLARATION

I, Earle D. Lees, Jr., Esquire, attorney for the above named debtors, declare that I have reviewed the Amended Plan (dated 12/14/16), recomputed the post-petition Plan payment, and find that the Amended Plan payment is sufficient to fund the Plan with the new debt added.

The new post-petition monthly payment payable to M&T Bank is $648.85 effective January 1, 2017 for the following reasons:

1. The escrow account payment has increased from $377.55 to $380.78 monthly..

2. The Amended Plan dated 12/14/16 has included the new total monthly payment of $648.85.

<u>Earle D. Lees, Jr., Esq.    /s</u>

Earle D. Lees, Jr., Esq.
Attorney for Debtor
P.O. Box 685
DuBois, PA 15801
(814) 375-9310
Atty. ID# 15763