**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Karl W. | | Krouse |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Betty C. | | Krouse |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  16-10694
(if known)

☒ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☒ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Beneficial Finance** | Last 4 digits of account number  No10 | $12,351.00 |
| | Nonpriority Creditor's Name | | |
| | C/o CT Corporation System | When was the debt incurred?  2014 | |
| | 123 S Broad St | | |
| | Philadelphia, PA 19109 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☒ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☒ No | ☒ Other. Specify  loan for bills | |
| | ☐ Yes | | |

Debtor 1   Karl W. Krouse
Debtor 2   Betty C. Krouse                                                    Case number (if know)   16-10694

### 4.2 Chase

Nonpriority Creditor's Name
PO Box 15298
Wilmington, DE 19850
Number Street City State Zip Code

Last 4 digits of account number   mNo1        $3,110.00

When was the debt incurred?   2013-15

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   misc small charges

### 4.3 CreditOneBank

Nonpriority Creditor's Name
PO Box 98873
Las Vegas, NV 89193-8873
Number Street City State Zip Code

Last 4 digits of account number   mNo4        $3,586.00

When was the debt incurred?   2012-14

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   misc small charges

### 4.4 ECMC

Nonpriority Creditor's Name
PO Box 16408
Saint Paul, MN 55116-0408
Number Street City State Zip Code

Last 4 digits of account number   mNo8        $13,528.00

When was the debt incurred?   2012-14

Who incurred the debt? Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

student loans

Debtor 1   Karl W. Krouse
Debtor 2   Betty C. Krouse                                             Case number (if know)   16-10694

---

**4.5  Jones Township Municipal Auth**
Nonpriority Creditor's Name
PO Box 374
Wilcox, PA 15870
Number Street City State Zip Code

Last 4 digits of account number   mNo5                    $3,083.00
When was the debt incurred?   2015-16

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   water/sewer

---

**4.6  National Fuel**
Nonpriority Creditor's Name
PO Box 371835
Pittsburgh, PA 15250-7835
Number Street City State Zip Code

Last 4 digits of account number   mNo2                    $794.00
When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   fuel

---

**4.7  One Main Financial**
Nonpriority Creditor's Name
PO Box 3251
Evansville, IN 47731-3251
Number Street City State Zip Code

Last 4 digits of account number   No10                    $12,351.00
When was the debt incurred?   2013-4

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   misc charges

---

Debtor 1   Karl W. Krouse
Debtor 2   Betty C. Krouse                                    Case number (if know)   16-10694

### 4.8 OneMain Financial
Nonpriority Creditor's Name
PO Box 9001122
Louisville, KY 40290-1122
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   mNo6
When was the debt incurred?   2015

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   personal loan

$6,575.00

### 4.9 UPMC Community Medicine
Nonpriority Creditor's Name
PO Box 1123
Minneapolis, MN 55440-1123
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   mNo9
When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   various medical bills collection

$145.00

### 4.10 West Penn Power
Nonpriority Creditor's Name
PO Box 3687
Akron, OH 44309
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number   mNo7
When was the debt incurred?   2015-16

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

$258.00

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Calvary SPV

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1   Karl W. Krouse
Debtor 2   Betty C. Krouse                                                    Case number (if know)   **16-10694**

500 Summit Lake Drive                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims
Ste 400
Valhalla, NY 10595
                                Last 4 digits of account number        mNo1

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| LVNV Funding | Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| PO Box 10587 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Greenville, SC 29603-0587 | |

Last 4 digits of account number        mNo4

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| National Fuel | Line **4.6** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Legal Dept. | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| PO Box 2081 | |
| Erie, PA 16512 | |

Last 4 digits of account number        mNo2

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| One Main | Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| PO Box 3251 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Evansville, IN 47731-3251 | |

Last 4 digits of account number        No10

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| P&B Capital Group LLC | Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| 461 Ellicott St 3rd fl | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Buffalo, NY 14203-1519 | |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Resurgent Capital Services | Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| PO Box 10587 | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Greenville, SC 29603-0587 | |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| West Penn Power | Line **4.10** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims |
| 5001 NASA Blvd | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Fairmont, WV 26554 | |

Last 4 digits of account number        mNo7

**Part 4:**   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|   |   |   |   |   | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

|   |   |   |   |   | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ | 13,528.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 42,253.00 |

| Debtor 1 | Karl W. Krouse | | Case number (if know) | 16-10694 |
|---|---|---|---|---|
| Debtor 2 | Betty C. Krouse | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6j. | Total Nonpriority. Add lines 6f through 6i. | | 6j. | $ | 55,781.00 |