PAWB FORM 7  (03/12)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Karl W. Krouse | : | Chapter 13 |
|     Betty C. Krouse | : | |
|         Debtor | : | Case No. 16-10694 TPA |
| | : | |
| Karl W. Krouse | : | |
| Betty C. Krouse | : | |
|         Movant | : | |
| | : | |
| | : | Doc. No. |

NONE

    Respondents

**CERTIFICATE OF SERVICE OF Order along with Amended Schedule E**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 12/28/16.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail for all creditors attached.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U. S. Trustee
1001 Liberty Avenue
Ste. 970 Liberty Center
Pittsburgh, PA 15222

Joseph Haight
Tax Collecter
515 Market St
Johnsonburg PA 15845

No new creditors added. Fee paid. Tax Collector Joseph Haight only affected creditor being removed from Schedule E as no taxes owed.

EXECUTED ON: December 28, 2016

                              By:/s/ **Earle D. Lees, Jr., Esq./s/**
                              Earle D. Lees, Jr., Esquire
                              P.O. Box 685
                              Dubois, PA 15801
                              (814) 375-9310
                              PA ID: 15763