Certificate Number: 17082-PAW-DE-028631902

Bankruptcy Case Number: 16-10694



17082-PAW-DE-028631902

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 17, 2017, at 10:39 o'clock AM MST, BETTY C KROUSE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 17, 2017            By:     /s/Eli Hernandez

                                  Name:   Eli Hernandez

                                  Title:  Customer Service Representative