| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Karl W. Krouse** | Social Security number or ITIN | **xxx–xx–6536** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Betty C. Krouse** | Social Security number or ITIN | **xxx–xx–2948** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **7/20/16** |
| Case number: | **16–10694–TPA** | Date case converted to chapter **7** | **4/2/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Karl W. Krouse | Betty C. Krouse |
| 2. | **All other names used in the last 8 years** | | aka Betty C. Herzing |
| 3. | **Address** | 4408 Wilcox road<br>Wilcox, PA 15870 | 4408 Wilcox road<br>Wilcox, PA 15870 |
| 4. | **Debtor's attorney**<br>Name and address | Earle D. Lees Jr.<br>P.O. Box 685<br>DuBois, PA 15801 | Contact phone 814–375–9310<br>Email: bankruptcybutler@windstream.net |
| 5. | **Bankruptcy trustee**<br>Name and address | John C. Melaragno, Trustee<br>502 West 7th Street.<br>Erie, PA 16502 | Contact phone 814–459–5557<br>Email: johnm@mplegal.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 4/2/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 1, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Warren County Courthouse, 2nd Floor Jury Room, 204 Fourth Avenue, Warren, PA 16365** |
| **8.     Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/31/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/11/18**<br><br>**Filing deadline: 1/16/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10694-TPA
Karl W. Krouse                                                            Chapter 7
Betty C. Krouse
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil              Page 1 of 3              Date Rcvd: Apr 02, 2018
                              Form ID: 309B           Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
```
db/jdb         +Karl W. Krouse,    Betty C. Krouse,    4408 Wilcox road,    Wilcox, PA 15870-2216
aty            +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Joshua I. Goldman,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14261796        AAS,   PO Box 129,    Monroeville, PA 15146-0129
14261797       +Beneficial Finance,    C/o CT Corporation System,   123 S Broad St,
                 Philadelphia, PA 19109-1029
14261798       +Bill Harshbarger,    567 Cherriwood Road,   Pulaski, PA 16143-2707
14261803        Dept of Vieterans Affairs,    PO Box 530269,   Atlanta, GA 30353-0269
14261804        Elk Emergency Group PC,    PO Box 731584,   Dallas, TX 75373-1584
14261805       +Elk Regional Health Center,    763 Johnsonburg Road,    Saint Marys, PA 15857-3498
14261814       +Holiday Financial Services,    1800 Daisey St Ext,   Ste 350,    Clearfield, PA 16830-3265
14261817       +James Groll,   900 Vine Road,    Saint Marys, PA 15857-2050
14261818       +Jolas & Associated LLP,    202 1st St NW,   PO Box 4000,   Mason City, IA 50402-4000
14261819       +Jones Township Municipal Authority,     PO Box 374,   Wilcox, PA 15870-0374
14261820       +Joseph Haight,   515 Market St,    Johnsonburg, PA 15845-1239
14261824       +KML Law Group,   STE 5000 Independence Center,    701 Market St,    Philadelphia, PA 19106-1538
14261822       +Kenneth Shaffer,    Wally's Super Service,    1278 Old State Road,    Johnsonburg, PA 15845-3006
14261823       +Keystone Rural Health Consortia,    Johnsonburg Dental Center,    90 E 2nd St,   PO Box 270,
                 Emporium, PA 15834-0270
14261825       +LVNV Funding,   PO Box 3038,    Evansville, IN 47730-3038
14261826        M & T Bank,   PO Box 619063,    Dallas, TX 75261-9063
14261828       +MRS Associates Inc,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
14261827       +McKean County Dental Center,    304 Seaward Ave,    Bradford, PA 16701-3176
14261829        Mt Jewett Dental Center,    122 West Main St,   Mount Jewett, PA 16740
14261830       ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION,    ATTN BANKRUPTCY DEPT,    6363 MAIN STREET,
                 WILLIAMSVILLE NY 14221-5887
               (address filed with court: National Fuel,    PO Box 371835,   Pittsburgh, PA 15250-7835)
14261833       +NGS/Coresource,    PO Box 2310,   Mount Clemens, MI 48046-2310
14261836       +P&B Capital Group LLC,    461 Ellicott St 3rd fl,   Buffalo, NY 14203-1544
14261837       +Penn Highlands DuBois,    100 Hospital Avenue,   Du Bois, PA 15801-1440
14261839       +Penn Highlands Elk,    763 Johnsonburg Rd,   Saint Marys, PA 15857-3417
14261840        Publishers Clearing House,    PO Box 8344,   Harlan, IA 51593-1844
14261841        R & R Radiology Consultant,    PO Box 129,   Clearfield, PA 16830-0129
14312891        UPMC Community Medicine,    PO Box 1123,   Minneapolis, MN 55440-1123
14261843        UPMC Physicians Services,    PO Box 371980,   Pittsburgh, PA 15250-7980
14261845        Warren Overhead Door,    PO Box 128,   Clarendon, PA 16313-0128
14261847       +Wilcox Volunteer FD,    PO Box 117,   Wilcox, PA 15870-0117
14261848       +Yurchick's auto,    777 Meffert Run Road,   Wilcox, PA 15870-7115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankruptcybutler@windstream.net Apr 03 2018 02:49:41     Earle D. Lees, Jr.,
                 P.O. Box 685,   DuBois, PA  15801
tr             +E-mail/Text: jmelaragno@iq7technology.com Apr 03 2018 02:51:04     John C. Melaragno, Trustee,
                 502 West 7th Street.,   Erie, PA 16502-1333
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2018 02:50:18     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 03 2018 02:50:23
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Apr 03 2018 06:33:00      PRA  Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14261799        E-mail/Text: matthartweg@cbjcredit.com Apr 03 2018 02:51:00     CBJ Credit Recovery,
                 PO Box 1132,   Jamestown, NY 14702-1132
14261844        EDI: CHASE.COM Apr 03 2018 06:34:00      WaMu,   PO Box 660487,    Dallas, TX 75266-0487
14262417       +E-mail/Text: bankruptcy@cavps.com Apr 03 2018 02:50:38     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14261800       +EDI: CHASE.COM Apr 03 2018 06:34:00      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
14261801       +EDI: RCSFNBMARIN.COM Apr 03 2018 06:34:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14261802        EDI: RCSFNBMARIN.COM Apr 03 2018 06:34:00      CreditOneBank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14312770        EDI: ECMC.COM Apr 03 2018 06:33:00      ECMC,   PO BOX 16408,    St. Paul, MN 55116-0408
14261810        EDI: IIC9.COM Apr 03 2018 06:35:00      Elk Regional Physicans Group,    c/o IC System,
                 444 Highway 96 East,    PO Box 64378,   Saint Paul, MN 55164-0378
14261811       +E-mail/Text: bankruptcy@erieinsurance.com Apr 03 2018 02:51:02     Erie Insurance,
                 100 Erie Insurance Place,    Erie, PA 16530-9000
14261812        E-mail/Text: bankruptcynotice@fcbanking.com Apr 03 2018 02:49:55     First Commonwealth Bank,
                 PO Box 400,   Indiana, PA 15701
14261815        EDI: IIC9.COM Apr 03 2018 06:35:00      I C Systems,   444 Highway 96 E,   PO Box 64378,
                 Saint Paul, MN 55164-0378
```

```
District/off: 0315-1          User: bsil                  Page 2 of 3                   Date Rcvd: Apr 02, 2018
                              Form ID: 309B               Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14261821         E-mail/Text: rcorbett@kanehospital.org Apr 03 2018 02:51:10      Kane Community Hospital,
                 4372 Route 6,    Kane, PA 16735-3099
14278325         EDI: RESURGENT.COM Apr 03 2018 06:34:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14276105         E-mail/Text: camanagement@mtb.com Apr 03 2018 02:50:03       M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
14261832         E-mail/Text: bankruptcydepartment@tsico.com Apr 03 2018 02:50:52         NCO Financial Systems Inc,
                 PO Box 15740,    Wilmington, DE 19850-5740
14274201        +E-mail/Text: Bankruptcy@natfuel.com Apr 03 2018 02:50:24      National Fuel,    Legal Dept.,
                 P.O. Box 2081,    Erie, PA 16512-2081
14317971         EDI: AGFINANCE.COM Apr 03 2018 06:33:00       ONEMAIN FINANCIAL,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14304880         EDI: AGFINANCE.COM Apr 03 2018 06:33:00       OneMain,    PO BOX 70912,    Charlotte NC 28272-0912
14261835         EDI: AGFINANCE.COM Apr 03 2018 06:33:00       OneMain Financial,    PO Box 9001122,
                 Louisville, KY 40290-1122
14400518         EDI: PRA.COM Apr 03 2018 06:33:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
14261846        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 03 2018 02:50:30       West Penn Power,
                 PO Box 3687,    Akron, OH 44309-3687
14312364        +E-mail/Text: bankruptcy@firstenergycorp.com Apr 03 2018 02:50:30       West Penn Power,
                 5001 NASA Blvd,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T BANK
14261806*       +Elk Regional Health Center,    763 Johnsonburg Road,    Saint Marys, PA 15857-3498
14261807*       +Elk Regional Health Center,    763 Johnsonburg Road,    Saint Marys, PA 15857-3498
14261808*       +Elk Regional Health Center,    763 Johnsonburg Road,    Saint Marys, PA 15857-3498
14261809*       +Elk Regional Health Center,    763 Johnsonburg Road,    Saint Marys, PA 15857-3498
14261813*      ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                 (address filed with court:   First Commonwealth Bank,    PO Box 400,    Indiana, PA 15701-0400)
14261816*        I C Systems,   444 Highway 96 E,    PO Box 64378,    Saint Paul, MN 55164-0378
14261831*      ++NATIONAL FUEL GAS DISTRIBUTION CORPORATION,    ATTN BANKRUPTCY DEPT,    6363 MAIN STREET,
                 WILLIAMSVILLE NY 14221-5887
                 (address filed with court:   National Fuel,    PO Box 371835,    Pittsburgh, PA 15250-7835)
14639526*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
14261838*       +Penn Highlands DuBois,    100 Hospital Avenue,    Du Bois, PA 15801-1440
14261834        ##+Niagara Credit Solutions,    420 Lawrence Bell Dr,    STE 3,    Williamsville, NY 14221-8820
14261842        ##+RMS,   77 Hartland St ste 401,    PO Box 280431,    Hartford, CT 06128-0431
                                                                                    TOTALS: 1, * 9, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-1          User: bsil              Page 3 of 3              Date Rcvd: Apr 02, 2018
                              Form ID: 309B           Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:

```
          Earle D. Lees, Jr.    on behalf of Joint Debtor Betty C. Krouse bankruptcybutler@windstream.net,
           earlelees@ducom.tv
          Earle D. Lees, Jr.    on behalf of Debtor Karl W. Krouse bankruptcybutler@windstream.net,
           earlelees@ducom.tv
          James   Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          John C. Melaragno, Trustee    johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Joshua I. Goldman     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```