IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KARL W. KROUSE : Bankruptcy No. 17-70322
BETTY C. KROUSE :
    Debtors : Chapter 13
:
BETTY C. KROUSE :
:
    Movant : Motion No.
:
    v. :
: Document No.
HELPMATES INCORPORATED :
250 West Main St
Ridgway, PA 15853-1611
    Respondent :

**ORDER TO TERMINATE WAGE ATTACHMENT**

    AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing Motion.

    IT IS ORDERED, ADJUDGED AND DECREED that the Order to Pay Trustee Pursuant to Wage Attachment entered of record to Docket Numbers 22 and served upon Helpmates Incorporated, be hereby vacated and terminated as to the Debtor/Movant BETTY C. KROUSE Social Security Number xxx-xx-2948. No future payments are to be sent to Ronda J.Winnecour , Trustee on behalf of Roger D. Knepp by Anthony Moses.

    IT IS FURTHER ORDERED that this Order supercedes previous orders made to the above named entity in this case.

    Dated this ___ day of _____, 2018.

                                                 _____
                                               U. S. Bankruptcy Judge