FILED
4/6/18 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| KARL W. KROUSE | : Bankruptcy No. 16-10694 |
| BETTY C. KROUSE | : |
|     Debtors | : Chapter 7 (converted 13) |
| | : |
| BETTY C. KROUSE | : |
| | : |
|     Movant | : Motion No. |
| | : |
|     v. | : |
| | : Document No.  89 |
| HELPMATES INCORPORATED | : |
| 250 West Main St | |
| Ridgway, PA 15853-1611 | |
|     Respondent | : |

**ORDER TO TERMINATE WAGE ATTACHMENT**

AND NOW, this  6th   day of      April      , 2018, upon consideration of the foregoing Motion.

IT IS ORDERED, ADJUDGED AND DECREED that the Order to Pay  Trustee Pursuant to Wage Attachment entered of record to Docket Numbers 22 and served upon Helpmates Incorporated, be hereby vacated and terminated as to the Debtor/Movant BETTY C. KROUSE Social Security Number xxx-xx-2948. No future payments are to be sent to Ronda J.Winnecour , Trustee on behalf of Betty C. Krouse by Helpmates Incorporated.

IT IS FURTHER ORDERED that this Order supercedes previous orders made to the above named entity in this case.

_____
U. S. Bankruptcy Judge

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Karl W. Krouse  
Betty C. Krouse  
      Debtors

Case No. 16-10694-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Apr 06, 2018  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db/jdb        +Karl W. Krouse,    Betty C. Krouse,    4408 Wilcox road,    Wilcox, PA 15870-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
         Earle D. Lees, Jr.    on behalf of Joint Debtor Betty C. Krouse bankruptcybutler@windstream.net,  
          earlelees@ducom.tv  
         Earle D. Lees, Jr.    on behalf of Debtor Karl W. Krouse bankruptcybutler@windstream.net,  
          earlelees@ducom.tv  
         James     Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         John C. Melaragno, Trustee    johnm@mplegal.com,  
          jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com  
         Joshua I. Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                                   TOTAL: 6