**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re:<br>    KARL W. KROUSE<br>    BETTY C. KROUSE<br>        Debtor(s) | Case No. 16-10694TPA |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/20/2016.

2) The plan was confirmed on 08/29/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 01/30/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/16/2018.

5) The case was converted on 04/02/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $19,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $19,578.84 |
| Less amount refunded to debtor | $290.77 |

**NET RECEIPTS:** $19,288.07

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $822.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,622.32

Attorney fees paid and disclosed by debtor: $1,200.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BENEFICIAL FINANCE/CDC(*) | Unsecured | 11,740.00 | NA | NA | 0.00 | 0.00 |
| BILL HARSHBARGER | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC* | Unsecured | 3,370.00 | 3,109.16 | 3,109.16 | 0.00 | 0.00 |
| CBJ CREDIT RECOVERY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF VETERANS AFFA | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| ECMC(*) | Unsecured | NA | 13,527.11 | 13,527.11 | 0.00 | 0.00 |
| ELK EMERGENCY GROUP | Unsecured | 1,179.00 | NA | NA | 0.00 | 0.00 |
| ELK REGIONAL HEALTH CTR | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ELK REGIONAL HEALTH CTR | Unsecured | 4,037.00 | NA | NA | 0.00 | 0.00 |
| ELK REGIONAL HEALTH CTR | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| ELK REGIONAL HEALTH CTR | Unsecured | 4,019.00 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE GROUP | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| FIRST COMMONWEALTH BANK* | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| HOLIDAY FINANCIAL SERVICES | Secured | 700.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 4,230.00 | NA | NA | 0.00 | 0.00 |
| I.C. SYSTEMS INC. | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| JAMES GROLL | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| JONES TOWNSHIP MUNICIPAL AU | Secured | 2,486.00 | 3,082.37 | 3,082.37 | 331.76 | 0.00 |
| KANE COMMUNITY HOSPITAL | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE RURAL HEALTH | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,687.00 | 3,585.93 | 3,585.93 | 0.00 | 0.00 |
| M & T BANK** | Secured | 0.00 | 16,688.83 | 16,688.83 | 1,796.13 | 0.00 |
| M & T BANK** | Secured | 83,500.00 | 95,815.28 | 0.00 | 13,242.09 | 0.00 |
| M & T BANK** | Priority | 0.00 | 650.00 | 650.00 | 0.00 | 0.00 |
| MOUNT JEWETT DENTAL CENTEI | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| MRS ASSOCIATES INC | Unsecured | 1,254.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL FUEL GAS DISTRIB COR | Unsecured | 794.00 | 793.33 | 793.33 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)+ | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| NGS AMERICAN | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NIAGARA CREDIT SOLUTIONS | Unsecured | 1,687.00 | NA | NA | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 6,329.00 | NA | NA | 0.00 | 0.00 |
| PENN HIGHLANDS DUBOIS | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| PENN HIGHLANDS ELK | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATI | Unsecured | NA | 12,350.28 | 12,350.28 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 6,575.03 | 6,575.03 | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| R & R RADIOLOGY | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| RMS++ | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| TAX AUTH OR TYPE TAX UNKNO' | Priority | NA | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| UPMC COMMUNITY MEDICINE | Unsecured | NA | 144.80 | 144.80 | 0.00 | 0.00 |
| WALLYS SUPER SERVICE | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| WARREN OVERHEAD DOOR | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 2,432.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | 786.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER** | Unsecured | NA | 257.86 | 257.86 | 0.00 | 0.00 |
| WILCOX VOLUNTEER FIRE DEPAR | Unsecured | 935.00 | NA | NA | 0.00 | 0.00 |
| YURCHICKS AUTO | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $13,242.09 | $0.00 |
| Mortgage Arrearage | $16,688.83 | $1,796.13 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,082.37 | $331.76 | $0.00 |
| **TOTAL SECURED:** | **$19,771.20** | **$15,369.98** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $650.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$650.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,343.50** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,622.32 |
| Disbursements to Creditors | $15,369.98 |
| **TOTAL DISBURSEMENTS** : | **$18,992.30** |

    12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/24/2018                  By: /s/ Ronda J. Winnecour
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**