## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Karl W. Krouse | : | Chapter 7 (converted 13) |
| Betty C. Krouse | : | |
| Debtors | : | Case No. 16-10694 TPA |
| | : | |

**1019 Statement**

And now comes the Debtors by and through their attorney, Earle D. Lees, Jr., Esquire and

advises this Honorable Court as follows:

1.      No new debts have been incurred post-filing.

2.      The Statement of Intentions has been filed by the Debtors.


Respectfully submitted,


**/s/ Earle D. Lees, Jr., Esq.**
Earle D. Lees, Jr., Esquire
P.O. Box 685
Dubois, PA 15801
(814) 375-9310
PA ID: 15763

Dated: April 25, 2018