**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KARL W. KROUSE
    BETTY C. KROUSE
          Debtor(s)

    Ronda J. Winnecour
          Movant
       vs.
    No Repondents.

Case No.:16-10694 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/20/2016 and confirmed on 08/29/2016. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,160.38 |
| Less Refunds to Debtor | 1,168.08 | |
| TOTAL AMOUNT OF PLAN FUND | | 18,992.30 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,800.00 | |
|   Trustee Fee | 822.32 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,622.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   M & T BANK** | 0.00 | 13,242.09 | 0.00 | 13,242.09 |
|     Acct: 8616 | | | | |
|   M & T BANK** | 16,688.83 | 1,796.13 | 0.00 | 1,796.13 |
|     Acct: 8616 | | | | |
|   JONES TOWNSHIP MUNICIPAL AUTHORITY | 3,082.37 | 331.76 | 0.00 | 331.76 |
|     Acct: 0091 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 15,369.98 |
| Priority | | | | |
|   EARLE D. LEES, JR., ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARL W. KROUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARL W. KROUSE | 290.77 | 290.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KARL W. KROUSE | 877.31 | 877.31 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| EARLE D. LEES, JR., ESQ. | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAX AUTH OR TYPE TAX UNKNOWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK** | 650.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8616 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1554 | | | | |
| BENEFICIAL FINANCE/CDC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BILL HARSHBARGER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6489 | | | | |
| CAVALRY SPV I LLC* | 3,109.16 | 0.00 | 0.00 | 0.00 |
| Acct: 7741 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 3,585.93 | 0.00 | 0.00 | 0.00 |
| Acct: 1644 | | | | |
| DEPARTMENT OF VETERANS AFFAIRS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8304 | | | | |
| ELK EMERGENCY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5611 | | | | |
| ELK REGIONAL HEALTH CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8966 | | | | |
| ELK REGIONAL HEALTH CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1965 | | | | |
| ELK REGIONAL HEALTH CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1965 | | | | |
| ELK REGIONAL HEALTH CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5139 | | | | |
| ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8119 | | | | |
| JAMES GROLL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 31 | | | | |
| KANE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5301 | | | | |
| WALLYS SUPER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYSTONE RURAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4086 | | | | |
| MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3910 | | | | |
| MOUNT JEWETT DENTAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8865 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 793.33 | 0.00 | 0.00 | 0.00 |
| Acct: 5066 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6NL6 | | | | |
| NGS AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1901 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | NIAGARA CREDIT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2465 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4188 | | | | |
| | PENN HIGHLANDS DUBOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0860 | | | | |
| | PENN HIGHLANDS ELK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2475 | | | | |
| | PUBLISHERS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7601 | | | | |
| | R & R RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1195 | | | | |
| | RMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3903 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1007 | | | | |
| | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2348 | | | | |
| | WARREN OVERHEAD DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0454 | | | | |
| | WEST PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 485 | | | | |
| | WILCOX VOLUNTEER FIRE DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | YURCHICKS AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 6,575.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 2610 | | | | |
| | WEST PENN POWER** | 257.86 | 0.00 | 0.00 | 0.00 |
| | Acct: 8379 | | | | |
| | ECMC(*) | 13,527.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 6536 | | | | |
| | UPMC COMMUNITY MEDICINE | 144.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 2903 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 12,350.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 0059 | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOLAS AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCKEAN COUNTY DENTAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHILLIPS AND BURNS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                                              15,369.98

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 650.00 |
| SECURED | 19,771.20 |
| UNSECURED | 40.343.50 |

Date: 05/31/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com